Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
ROBERT W. SWEETIN (SBN 297130)
K. MOJI MAJEKODUNMI (SBN 323724)
3638 American River Drive
Sacramento, California 95864
Telephone:    (916) 978-3434
Facsimile:    (916) 978-3430
mjaime@mathenysears.com
rsweetin@mathenysears.com
kmajekodunmi@mathenysears.com

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA ESQUEVEL, an individual<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01017-MCE-EFB<br><br>**STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING DATE; ORDER THEREON**<br><br><br>Complaint filed: March 7, 2019<br>Removed: May 31, 2019<br>Trial date: Unassigned |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff ALICIA ESQUEVEL and Defendant COSTCO WHOLESALE CORPORATION, stipulate as follows:

## I. <u>RECITALS</u>

1. Whereas, Plaintiff filed a Complaint on March 7, 2019 in Solano County Superior Court.

2. Whereas, Defendant filed an Answer on April 5, 2019 in Solano County Superior Court.

3. Whereas, Defendant removed Plaintiff's state court action to the United States District Court, Eastern District on May 31, 2019 pursuant to 28 U.S.C. section 1441(b).

4. Whereas, Defendant filed a Motion for Summary Judgment on January 22, 2020.

5. Whereas, the hearing date for Defendant's Motion for Summary Judgment is currently

1

*STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING DATE*

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

scheduled for February 20, 2020.

6. Whereas, Plaintiff seeks additional time to conduct discovery and oppose Defendant's Motion for Summary Judgment.

## II.   **STIPULATIONS**

1. The parties stipulate that Defendant's Motion for Summary Judgment will be heard on March 5, 2020 at 2:00 p.m. in Courtroom 7.

2. The parties stipulate that Plaintiff's Opposition will be filed and served on Defendant no later than February 24, 2020.

3. The parties stipulate that Defendant's Reply Brief will be filed and served no later than February 28, 2020.

Dated: January 27, 2020      **MATHENY SEARS LINKERT & JAIME LLP**

By: /s/ *Matthew C. Jaime*
    MATTHEW C. JAIME,
    Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

Dated: January 27 2020      By: /s/ *Soheil Bahari (as authorized on January 27, 2020)*
    SOHEIL BAHARI,
    Attorneys for Plaintiff, ALICIA ESQUEVEL

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

## **ORDER**

**GOOD CAUSE APPEARING,** the Court orders as follows:

1. Defendant's Motion for Summary Judgment shall be heard on March 5, 2020 at 2:00 p.m. in Courtroom 7.

2. Plaintiff's Opposition to Defendant's Motion for Summary Judgment will be filed with this Court and served on the Defendant no later than February 24, 2020.

3. Defendant's Reply Brief will be filed with this Court no later than February 28, 2020.

IT IS SO ORDERED.

DATED: January 31, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

*STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING DATE*