# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA ESQUEVEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 2:19-cv-01017-MCE-EFB<br><br>ORDER RE: ALICIA ESQUEVEL'S *EX PARTE* APPLICATION FOR ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FOR 90 DAYS<br><br>**Date of Hearing:** TBD<br>**Time of Hearing:** TBD<br>**Courtroom No.:** 7<br><br>**Complaint filed:** March 7, 2019<br>**Removed:** May 31, 2019<br>**Trial Date:** Unassigned |

**NOW, WHEREFORE,** having considered Plaintiff Alicia Esquevel's *Ex Parte* Application for Order Continuing Hearing on Defendant's Motion for Summary Judgment for 90 Days, the supporting papers and evidence, and good cause appearing therefore.

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Alicia Esquevel's *Ex Parte* Application for Order Continuing Hearing on Defendant's Motion for Summary Judgment for 90 Days is GRANTED.
2. Defendant Motion for Summary Judgment will be heard on April 16, 2020 at 2:00 p.m. in Courtroom No. 7.
3. Plaintiff's Opposition will be filed and served no later than April 2, 2020.
4. Defendant's Reply will be filed and served no later than April 9, 2020.

**IT IS SO ORDERED.**

DATED: February 20, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER RE: ALICIA ESQUEVEL'S *EX PARTE* APPLICATION FOR ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FOR 90 DAYS