# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA ESQUEVEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 2:19-cv-01017-MCE-EFB<br><br>ORDER RE: ALICIA ESQUEVEL'S *EX PARTE* APPLICATION FOR ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FOR 60 DAYS<br><br>**Date of Hearing:** TBD<br>**Time of Hearing:** TBD<br>**Courtroom No.:** 7<br><br>**Complaint filed:** March 7, 2019<br>**Removed:** May 31, 2019<br>**Trial Date:** Unassigned |

- 1 -

**NOW, WHEREFORE,** having considered Plaintiff Alicia Esquevel's *Ex Parte* Application for Order Continuing Hearing on Defendant's Motion for Summary Judgment for 60 Days, the supporting papers and evidence, Defendant's opposition, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Alicia Esquevel's *Ex Parte* Application for Order Continuing Hearing on Defendant's Motion for Summary Judgment for 60 Days is GRANTED.

2. Although the Motion has already been submitted and no hearing is accordingly contemplated at the present time, for purposes of calculating the deadlines for filing opposition and reply papers under E.D. Local Rule 230 a new hearing date of June 11, 2020 is hereby established.

**IT IS SO ORDERED.**

Dated: March 26, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER RE: ALICIA ESQUEVEL'S *EX PARTE* APPLICATION FOR ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FOR 60 DAYS