Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
ROBERT W. SWEETIN (SBN 297130)
3638 American River Drive
Sacramento, California 95864
Telephone:   (916) 978-3434
Facsimile:   (916) 978-3430

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA ESQUEVEL, an individual<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01017-MCE-EFB<br><br>**JOINT STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY**<br><br>Complaint filed: March 7, 2019<br>Removed: May 31, 2019<br>Trial date: Unassigned |

**TO THE COURT:**

This stipulation is made by and between Plaintiff ALICIA ESQUEVEL and Defendant COSTCO WHOLESALE CORPORATION. In light of the fact that the Parties continue to await the Court's ruling on Defendant's Motion for Summary Judgment (Docket No. 13), the Parties' intention to submit the litigation to voluntary dispute resolution, and complications arising due to the COVID-19 response, the Parties hereby stipulate and agree to: (i) disclose experts and expert reports under Federal Rule of Civil Procedure 26 no later than October 27, 2020; (ii) disclose supplemental expert witnesses by November 25, 2020; and (iii) complete expert discovery by January 29, 2021.

///

///

1

*JOINT STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY*

| | | |
|---|---|---|
| 1 | Dated: July 29, 2020 | **MATHENY SEARS LINKERT & JAIME LLP** |
| 2 | | |
| 3 | | By: /s/ Robert Sweetin |
| 4 | | MATTHEW C. JAIME,<br>ROBERT W. SWEETIN,<br>Attorneys for Defendant, COSTCO |
| 5 | | WHOLESALE CORPORATION |
| 6 | Dated: July 29, 2020 | **CENTURY PARK LAW GROUP** |

By: /s/ Soheil Bahari
SOHEIL BAHARI,
Attorneys for Plaintiff, ALICIA ESQUEVEL

**ORDER**

Good cause appearing, IT IS SO ORDERED.

Dated: July 30, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

*JOINT STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY*